IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

V.   CASE NO. 3:19cr00116

DUSTIN SCOTT FILES,

    Defendant.

ORDER

This matter comes before the Court on the Addendum to the Petition on Supervised Release, (the "Addendum"), (ECF No. 56), filed on July 30, 2021. On September 9, 2021 the Court held oral argument on the Addendum and considered the evidence the Parties presented. For the reasons stated from the bench, the Court adjudged the Defendant guilty of violating the terms of his supervised release as outlined in the Addendum. Finding that the statutory maximum sentence is sixty (60) months and the advisory Guideline range is six (6) to twelve (12) months, the Court herby REVOKES the Defendant's supervised release. For the reasons stated from the bench, the Court ORDERS that the Defendant is sentenced to a term of imprisonment for a period of THIRTY (30) MONTHS with credit for time served and no term of Supervised Release to follow.

It is SO Ordered.

/s/
M. Hannah Lauck
United States District Judge

Date: 09/10/2021
Richmond, Virginia