# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| v.     ) | Criminal Number: 3:19CR116 |
| ) | Hon. M. Hannah Lauck |
| DUSTIN SCOTT FILES,     ) | |
| ) | |
| Defendant.     ) | |

## NOTICE OF APPEAL

COMES NOW the defendant, Dustin Scott Files, by counsel, and hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered on the criminal docket in this case on September 13, 2021 (ECF No. 91).

 

Respectfully submitted,
DUSTIN SCOTT FILES
By:_____/s/_____

Counsel

Nia Ayanna Vidal, Esq.
Va. Bar # 48871
Assistant Federal Public Defender
Eastern District of Virginia
701 E. Broad Street, Suite 3600
Richmond, VA  23219
(804) 565-0875
(804) 648-5033 (fax)
Nia_Vidal@fd.org